## PINCKARD V. THE STATE.

*Crime.*

(Decided Dec. 21, 1906.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.
L. A. SANDERSON, for appellant.
MASSEY WILSON, Attorney General, for the State.
Per curiam.—Dismissed on motion of appellant.